MARY H. LEACH, Respondent, *v.* TOWN OF EASTCHESTER, Appellant.

Argued January 21, 1943; decided March 4, 1943.

*George J. Conway* and *George A. Garvey* for appellant.
*Ralph A. McClelland* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J.